No. 3063.—YABUCOA SUGAR COMPANY, APLTE., *v.* MUNICIPIO DE YABUCOA, APDO. — C. D. Humacao. Junio 16, 1924. Nulidad de Ordenanza Municipal. Habiéndose en este caso confirmado la sentencia de la corte inferior de mayo 4, 1923, la apelación contra la resolución declarando sin lugar la solicitud de *injunction pendente lite* de abril 18, 1923, que es su incidente, también debe ser confirmada.

No. 453.—VIDAL, PETICIONARIO, *v.* CORTE DE DISTRITO DE SAN JUAN, DISTRITO 1º, CHARLES E. FOOTE, JUEZ, DEMANDADO. — *Certiorari.* Junio 18, 1924. No estando convencida la corte que esté envuelta en este caso cuestión alguna de jurisdicción o procedimiento y teniendo un remedio adecuado los peticionarios en el curso ordinario de la ley, declaró no haber lugar al auto.

No. 3040.—DÍAZ, APLTE., *v.* RIVERA Y MUNICIPIO DE GURABO, APDOS.—C. D. Humacao. Junio 23, 1924. Siendo el motivo de la apelación el que los demandados no fueron condenados en costas y no teniendo ante esta corte la prueba que se presentó en el juicio, no puede declararse que el tribunal inferior abusó de su discreción al resolver dicha cuestión, de acuerdo con el caso de *Lassalle* v. *Hilla,* 29 D.P.R. 503. *Confirmada.*

No. 3364. — CAMACHO, APLDO., *v.* CLAVELL, APLTE. — C. D. Ponce. Reivindicación. Junio 25, 1924. Desestimado el recurso a instancia de los apelados por haberse interpuesto la apelación fuera del término legal.